IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LaVon Schmoll, individually and as Special Administrator of the Estate of Cyril C Schmoll, Deceased<br><br>       Plaintiff,<br>v.<br><br>Rapid American Corporation, a corporation, et al,<br><br>       Defendants. | Cause No. 01 MDL 875<br><br>Case No. 09-CV-61026<br><br>*Trans. from WI-WD Case No. 98-0693* |

## ORDER

Upon consideration of the Plaintiff's Motion for Leave to File Second Amended Complaint pursuant to Federal Rules, it is hereby ordered:

1. Plaintiff is granted leave to file Second Amended Complaint.

2. In addition to the defendants already named, plaintiff names the new defendants CBS Corporation, Owens-Illinois Inc., and Weyerhaeuser Company.

3. Plaintiff is given leave to do service on the new defendants pursuant to Federal Rules of Civil Procedure Rule 4.

Date: 4/9/10

                *[signature]* J.
                Honorable Judge Robreno

Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)