IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS, Plaintiffs, v. VARIOUS DEFENDANTS, Defendants | This Document Relates to: **Cases on the attached Exhibit "A"** FILED AUG 29 2012 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |

## ORDER

This matter coming to be heard on Plaintiffs' Motion to Dismiss Specific Defendants From CVLO-3 Cases Pursuant to Fed. R. Civ. P. 41(a)(2), **IT IS HEREBY ORDERED** that the specific defendants on Exhibit A are dismissed without prejudice and without costs from plaintiffs' cases as outlined on Exhibit A. This dismissal affects no other defendants in cases listed on Exhibit A and plaintiffs' cases shall proceed as to all remaining defendants.

Date: AUG 28 2012

_____
Honorable Eduardo C. Robreno

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Civil Action No. MDL 875 |
| VARIOUS PLAINTIFFS,<br>               Plaintiffs,<br>v.<br>VARIOUS DEFENDANTS,<br>               Defendants | This Document Relates to:<br>Cases on the attached Exhibit "A" |

### Plaintiffs' Motion to Dismiss Specific Defendants From CVLO-3 Cases Pursuant to Fed. R. Civ. P. 41(a)(2)

Now come the plaintiffs on the attached Exhibit A ("Plaintiffs") who, by and through their attorneys, Cascino Vaughan Law Offices, Ltd., and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby file this motion to dismiss specific defendants from their actions, without prejudice and without costs, and in support thereof states the following:

1. Plaintiffs belong to the CVLO-3 Case Management and Scheduling Order. Per the Scheduling Order, plaintiffs submitted a list of specific defendants whom they are willing to voluntarily dismiss from their cases without prejudice and without costs, with plaintiffs' cases to proceed against other active defendants. (Outlined on Exhibit A.)

2. Rather than dismiss these specific defendants piece-meal via individual stipulations, plaintiffs' seek a consolidated order dismissing only these specific defendants in the interest of efficiency for all parties.

3. Federal Rule of Civil Procedure 41(a)(2) provides for dismissal without prejudice.

WHEREFORE, plaintiffs on the attached Exhibit A pray this Honorable Court enter an order dismissing these specific defendants, as outlined on the attached Exhibit A, without prejudice and without costs, with plaintiffs' cases to proceed against all remaining defendants.

Respectfully submitted,

Dated: August 27, 2012

By: _____
One of Plaintiff's Attorneys

Allen D. Vaughan
Michael P. Cascino
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600

# Case List – August 27, 2012

| Last | First | PAED | Defendant |
|---|---|---|---|
| Andris | Arthur | 10-CV-67885 | Foster Wheeler Energy Corporation |
| Andris | Arthur | 10-CV-67885 | General Electric Company |
| Andris | Arthur | 10-CV-67885 | Westinghouse Electric Company |
| Baumann | Eugene | 11-CV-63517 | A.W. Chesterton Company |
| Baumann | Eugene | 11-CV-63517 | Amtico International, Inc. |
| Baumann | Eugene | 11-CV-63517 | Bayer Crop Science, Inc., as successor to Rhone-Poulenc AG Company Inc. & Benjamin-Foster, Inc. |
| Baumann | Eugene | 11-CV-63517 | CBS Corporation |
| Baumann | Eugene | 11-CV-63517 | Certainteed Corporation |
| Baumann | Eugene | 11-CV-63517 | Crane Co. |
| Baumann | Eugene | 11-CV-63517 | DAP Products, Inc., Individually and as Successor to DAP, Inc. |
| Baumann | Eugene | 11-CV-63517 | General Electric Company |
| Baumann | Eugene | 11-CV-63517 | General Refractories Company |
| Baumann | Eugene | 11-CV-63517 | Goodrich Corporation |
| Baumann | Eugene | 11-CV-63517 | Honeywell International Inc. |
| Baumann | Eugene | 11-CV-63517 | ITT Corporation, Inc. |
| Baumann | Eugene | 11-CV-63517 | Ingersoll Rand Company |
| Baumann | Eugene | 11-CV-63517 | International Paper Company |
| Baumann | Eugene | 11-CV-63517 | Kaiser Gypsum Company, Inc. |
| Baumann | Eugene | 11-CV-63517 | Kentile, Inc. |
| Baumann | Eugene | 11-CV-63517 | Michelin North America, Inc., as successor to Uniroyal, Inc. |
| Baumann | Eugene | 11-CV-63517 | Minnesota Mining and Manufacturing Co. |
| Childs | Earl | 08-CV-91089 | Dana Companies LLC, f/k/a Dana Corp. |
| Childs | Earl | 08-CV-91089 | I U North America Incorporated |
| Childs | Earl | 08-CV-91089 | Nosroc Corporation |
| Collins | Arthur | 10-CV-64567 | General Refractories Company |
| Collins | Arthur | 10-CV-64567 | Rapid American Corporation |
| Dowell | Charles | 08-CV-91356 | Metropolitan Life Insurance Company |
| Dowell | Charles | 08-CV-91356 | Minnesota Mining & Manufacturing Company |

| | | | |
|---|---|---|---|
| Doyle | James | 08-CV-89845 | I U North America Incorporated |
| Doyle | James | 08-CV-89845 | Industrial Holdings Corporation |
| Doyle | James | 08-CV-89845 | Maremont Corporation |
| Doyle | James | 08-CV-89845 | Nosroc Corporation |
| Ferrara | Michael | 11-CV-63906 | AGA Gas Incorporated |
| Ferrara | Michael | 11-CV-63906 | Georgia Pacific LLC |
| Ferrara | Michael | 11-CV-63906 | Hobart Brothers |
| Ferrara | Michael | 11-CV-63906 | Lincoln Electric Company |
| Ferrara | Michael | 11-CV-63906 | Linde, Inc. |
| Ferrara | Michael | 11-CV-63906 | Miller Electric Mfg. Co. |
| Haffner | Robert | 08-CV-89863 | Industrial Holdings Corporation |
| Haffner | Robert | 08-CV-89863 | Westinghouse Electric Company |
| Hakes | Donald | 10-CV-68063 | A.W. Chesterton Company |
| Hakes | Donald | 10-CV-68063 | Miller Electric Mfg. Co. |
| Hakes | Donald | 10-CV-68063 | Oakfabco Inc. |
| Hass | Laverne | 09-CV-60267 | Brandon Drying Fabrics Co |
| Hass | Laverne | 09-CV-60298 | Brandon Drying Fabrics Co |
| Hass | Laverne | 09-CV-60267 | Maremont Corporation |
| Hass | Laverne | 09-CV-60298 | Maremont Corporation |
| Held | Donald | 10-CV-67814 | Foster Wheeler Energy Corporation |
| Held | Donald | 10-CV-67814 | General Electric Company |
| Held | Donald | 10-CV-67814 | General Refractories Company |
| Held | Donald | 10-CV-67814 | Rhone-Poulenc AG Company |
| Held | Donald | 10-CV-67814 | Westinghouse Electric Company |
| Jakubowski | Florian | 10-CV-67831 | General Refractories Company |
| Jakubowski | Florian | 10-CV-67831 | I U North America Incorporated |
| Jakubowski | Florian | 10-CV-67831 | National Services Industries Incorporated |
| Jakubowski | Florian | 10-CV-67831 | Nosroc Corporation |
| Jakubowski | Florian | 10-CV-67831 | Rhone-Poulenc AG Company |
| Jakubowski | Florian | 10-CV-67831 | Union Carbide Corporation |
| Larweth | Dennis | 08-CV-89914 | General Refractories Company |
| Larweth | Dennis | 08-CV-89914 | Rhone-Poulenc AG Company |
| Louis | Richard | 10-CV-64606 | Foster Wheeler Energy Corporation |
| Louis | Richard | 10-CV-64606 | General Electric Company |
| Louis | Richard | 10-CV-64606 | Lincoln Electric Company |
| Louis | Richard | 10-CV-64606 | Rapid American Corporation |
| Meagher | John | 09-CV-60445 | General Refractories Company |

| | | | |
|---|---|---|---|
| Obermeier | Sylvester | 09-CV-61019 | Westinghouse Electric Company |
| Parsons | Harry | 10-CV-64587 | Maremont Corporation |
| Parsons | Harry | 10-CV-64587 | Nosroc Corporation |
| Pertzborn | James | 10-CV-61352 | General Refractories Company |
| Pertzborn | James | 10-CV-61352 | Rhone-Poulenc AG Company |
| Rickey | Marvin | 10-CV-61345 | Ingersoll-Rand Compay |
| Rickey | Marvin | 10-CV-61345 | Maremont Corporation |
| Schmoll | Cyril | 09-CV-61026 | Westinghouse Electric Company |
| Stephens | John | 09-CV-64733 | A W Chesterton Company |
| Sutherlin | James | 10-CV-64565 | Westinghouse Electric Company |
| Usterbowski | Kenneth | 09-CV-60266 | General Refractories Company |
| Usterbowski | Kenneth | 09-CV-60266 | Goodrich Corporation |
| Willocks | Tommy | 09-CV-64701 | Rapid American Corporation |
| Willocks | Tommy | 09-CV-64701 | Rhone-Poulenc AG Company |
| Wilson | Harold | 08-CV-90732 | General Refractories Company |
| Wilson | Harold | 08-CV-90732 | Rapid American Corporation |
| Woods | Dale | 11-CV-66277 | Crane Co. |
| Woods | Dale | 11-CV-66277 | Ingersoll Rand Company |
| Woods | Dale | 11-CV-66277 | Maremont Corporation |
| Woods | Dale | 11-CV-66277 | Warren Pumps |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

Civil Action No. MDL 875

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2012, in accordance with the Court's August 16, 2011, order regarding identical filings in ten or more cases (01-md-875 Doc. No. 8050), I sent the forgoing via Federal Express to Mary Chase of the U.S. District Court for the Eastern District of Pennsylvania Clerk's Office to be filed in and served for each of the cases on the attached Exhibit "A".

A courtesy copy has also been sent via email to:

Chambers_of_Judge_Strawbride@paed.uscourts.gov
Joel_Lang@paed.uscourts.gov
Lauren_A_Fine@paed.uscourts.gov

Kalvin Aldana
MDL Assistant
Cascino Vaughan Law Offices, Ltd.
220 S. Ashland Avenue
Chicago, IL 60607
Ph: 312.944.0600
Email: kaldana@cvlo.com

cc via email: All Counsel

Certificate of Service

**MAILED:**

| | | | |
|---|---|---|---|
| BILLEE WARD | FRANCIS MORRISSEY | KARL KOONS | RICHARD STEINKEN |
| BRIAN FIELDS | JAMES CULHANE | KENNETH GORENBERG | ROBERT HALEY |
| BRUCE KAMPLAIN | JAMES WHEELER | KEVIN DUCKWORTH | SCOTT KYROUAC |
| C. KOEBELE | JAN DODD | KRISTIN ACHTERHOF | STACEY SENECZKO |
| CHARLES BOHL | JEFFREY REEL | KRISTINE KRAFT | STEPHEN KRAVIT |
| CHRISTOPHER RAISTRICK | JEFFREY SCHMECKPEP | LAURA O'CONNELL | STEPHEN MAASSEN |
| DANIEL FARROLL | JENNIFER FARDY | MATTHEW LEE | STEVEN CELBA |
| DANIEL OVERBEY | JEROME KRINGS | MELISSA SKILKEN | STEVEN SANDERS |
| DAVID BARTEL | JOEL POOLE | MICHAEL CIESLEWICZ | SUSAN GUNTY |
| DEAN PANOS | JOHN DIXON | MICHAEL HENNIG | THADDEUS STANKOWSKI |
| DENNIS DOBBELS | JOHN O'SULLIVAN | MICHAEL JASSAK | TIMOTHY FAGAN |
| DEREK SMITH | JOSHUA MURPHY | R. MUTH | VANI SINGHAL |
| DONALD BROAD | K. CAREY | RICHARD BOLTON | WILLIAM HASSLER |

**E-MAILED:**

| | | | |
|---|---|---|---|
| ADAM JAGADICH | DENNIS CANTRELL | JOSHUA LEE | ROBERT RILEY |
| ALLEN VAUGHAN | DERRICK HADDOX | KATHERINE SPITZ | ROBERT SANDS |
| AMANDA SUMMERLIN | DONALD CARLSON | KAYCE GISINGER | ROBERT SCHROEDER |
| AMIEL GROSS | DOUGLAS KING | KENT PLOTNER | ROGER HEIDENREIC |
| ANDREW DETHERAGE | DOUGLAS POLAND | KEVIN KNIGHT | RONALD AUSTIN |
| ANTHONY GOLDNER | EDWARD CASMERE | KIMBERLY SARFF | RONALD HACK |
| BASIL DISIPIO | EDWARD KENNEY | KIRK HARTLEY | RUSSELL SCOTT |
| BRADLEY BULTMAN | EDWARD MACCABE | KNIGHT ANDERSON | SANJAY SHIVPURI |
| BRETT LARSEN | EDWARD MCCAMBRIDG | KRISTINA LEMANSKI | SARAH MILLER |
| BRIAN WATSON | EMILY ZAPOTOCNY | KURTIS REEG | SARAH PAGELS |
| BRYAN SKELTON | ERIC CARLSON | LAURIE MCLEROY | SCOTT HENRY |
| C. DOUGLAS | FORREST WILKES | LAURIE RANDOLPH | SCOTT SIMPKINS |
| CAROL ZUCKERMAN | GERMAINE WILLETT | LISA DILLMAN | SHAWN BABIUCH |
| CATHERINE CARLSON | GREGORY LYONS | MAJA EATON | STEPHEN JENKINS |
| CATHERINE MOHAN | HOWARD MORRIS | MARGARET FOSTER | STEPHEN MILOTT |
| CHRISTI JONES | J. BRADLEY | MARK FELDMANN | STEVEN BARBER |
| CHRISTOPHER BANASZAK | JAMES CARTER | MARK SAMPSON | STEVEN HART |
| CHRISTOPHER CONRAD | JAMES HOUSE | MARY ANN HATCH | SUSAN MEHRINGER |
| CHRISTOPHER LARSON | JAMES KASPER | MARY GAY | TEIRNEY CHRISTENSO |
| CHRISTOPHER P.BANASZAK | JAMES MORRISON | MATTHEW FISCHER | THEODORE HOVDA |
| CHRISTOPHER TRIBLE | JAMES NIQUET | MATTHEW THIBODEAU | THOMAS GILLIGAN |
| CLARE MAISANO | JAMES WYNNE | MICHAEL ANTIKAINEN | THOMAS GONZALEZ |
| CLARE RUSH | JAMIE YADGAROFF | MICHAEL BERGIN | THOMAS HAYES |
| CRAIG LILJESTRAN | JASON KENNEDY | MICHAEL CASCINO | THOMAS KERNELL |
| CYNTHIA LOCKE | JASON RUBIN | MICHAEL DENNING | THOMAS ORRIS |
| DANIEL CHEELY | JEFFREY HEBRANK | MICHAEL DRUMKE | THOMAS SCHRIMPF |
| DANIEL DONAHUE | JEFFREY ROGERS | MICHAEL ROSENBERG | THOMAS THIBODEAU |
| DANIEL GRIFFIN | JENNIFER KALAS | MICHAEL ZUKOWSKI | TIMOTHY KAPSHANDY |
| DANIEL JARDINE | JENNIFER STUDEBAKER | MITCHELL MOSER | TIMOTHY KRIPPNER |
| DANIEL LONG | JOHN BABIONE | NATHANIEL CADE | TIMOTHY MURPHY |
| DANIEL MANNA | JOHN CANONI | NICOLE BEHNEN | TIMOTHY PAGEL |
| DANIEL MCGRATH | JOHN FONSTAD | OLLIE HARTON | TIMOTHY PIKE |
| DANIEL O'CONNELL | JOHN LAFFEY | PATRICK LAMB | TOBIN TAYLOR |
| DANIEL TRACHTMAN | JOHN WALLER | PAUL O'FLAHERTY | TREVOR WILL |
| DAVID FANNING | JON BAROOSHIAN | RAYMOND FOURNIE | WALTER WATKINS |
| DAVID SETTER | JONATHAN MATTINGLY | RAYMOND MODESITT | WILLIAM CROKE |
| DAVID SZLANFUCHT | JOSEPH REJANO | RICHARD LAUTH | WILLIAM MAHONEY |
| DAVID YBARRA | JOSEPH SULLIVAN | RICHARD SCHUSTER | WILLIAM SMITH |
| DEMETRA CHRISTOS | JOSHUA JOHANNINGM | ROBERT MCCOY | WILLIS TRIBLER |